Name: Johnny Lee Wicks
571 #30 ST #50
Las Vegas N.V. 89101
Prison Number: 009-109-1862

2008 MAR -7  A 10: 01

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Johnny Lee Wicks,
    Plaintiff,

vs.

Peter O. Spencer,
Regional Commissioner,
Social Security Suite 150
1250 S Buffalo Dr.
Las Vegas NV. 89117,
    Defendant(s).

2:08-cv-00288-PMP-GWF

CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

## A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, Johnny Lee Wicks, (Print Plaintiff's name) who presently resides at 571 #30 ST Unite #50, were violated by the actions of the below named individuals which were directed against Plaintiff at Social Security Staff Member (institution/city where violation occurred) on the following dates 1-10-08  1-15-08 Race Discrimination (Count I)  Civil Right Violation (Count II), and 2-5-08  1-16-08 (Count III)

Make a copy of this page to provide the below
information if you are naming more than five (5) defendants

2) Defendant __John Doe I__ resides at __1350 Buffalo Dr S. Suite 150__
    (full name of first defendant)    (address if first defendant)
and is employed as __Supervisor Office Manager__. This defendant is sued in his/her
    (defendant's position and title, if any)
__✓__ individual ____ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __Social Security District office State of Nevada__

3) Defendant __John Doe II__ resides at __1350 Buffalos Suite 150__,
    (full name of first defendant)    (address if first defendant)
and is employed as __Social Security Inst Manager__. This defendant is sued in his/her
    (defendant's position and title, if any)
__✓__ individual ____ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __Social Security District office State of Nevada__

4) Defendant __John Doe III__ resides at __1350 Buffalo Dr S. Suite 150__,
    (full name of first defendant)    (address if first defendant)
and is employed as __Phone Staff__. This defendant is sued in his/her
    (defendant's position and title, if any)
__✓__ individual ____ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __Social Security District office State of Nevada__

5) Defendant _____ resides at _____,
    (full name of first defendant)    (address if first defendant)
and is employed as _____. This defendant is sued in his/her
    (defendant's position and title, if any)
____ individual ____ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

6) Defendant _Peter D Spencer_ resides at _1550 S Buffalo Dr S.150_,
   (full name of first defendant)                (address if first defendant)
and is employed as _Regional Commissioner_. This defendant is sued in his/her
                   (defendant's position and title, if any)
_✓_ individual ____ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _Social Security Administration District Office_
_State of Nevada_

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

-This violation began in the state of California. The state Repsatative put this in the computer. his name is Tories. Make on mistake he desent try to hide the way he feels about black people. So he Reduce my benefit i am Eligble for full benefits he Reduce them to half i ask for Appeal he wrote me a notice saying the benefit come from California and couldnt be appeal. i had a stroke some years back at this time i was very sick not well enough to go outside my leg and foot swells up so bad i cant ware shoss for months. this was one of those time. i couldnt go to the office and he Refuse to send the paper work by mail. 2½ years Back pay

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

3

## COUNT I

The following civil rights has been violated: Race Discrimination
Phone Staff    Case Manage    Office Manager Supervisor
Violation of Civil Right District office 1350 Buffalo S STE 150 LV.

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

I move to Nevada in January i got a place at the Sunrise Senior Village. At this time my benefits were $529.00 + $445.00 I called to change my address so the Representative looked the computer over, came back to me Saying my benefits would be Reduce Nevada dosent pay what California pays. This Action by the Social Security Office at 1350 S Buffalo dr Ste 150 Las Vegas. I know Social Security Adminstrative is a Federal Funded Program Nevada don't pay SSI benefits its all on the Computer i didnt Appeal The Feist Time. Its all about Race. I am no fool I know what happen in California So i Talk to my Case Worker she said they would Reduce my benefit by $317.00 The Feist of February. The Rules say if you Appeal in 10 day you will continue to get the same check amount until They decide your case That didnt happen. The benefit were Reduce before they Send the notice. These Three Words state staffer need to look up Professionalism Honesty Integrity. I wrote the Office Supervisor a letter ask her Why They Violated The Rule

4

## COUNT II

The following civil rights has been violated: **Race Discrimination**

Regional Commissioner Social Security Administration
Peter D. Spence District Office 1250 Buffalo S. Suite 150 L.V. 89117

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

I wrote the Commissioner to complaint was the phone staff. The Manager here at the Sunrise calls the office a lot so they know her well. They were talking about reducing my benefits. I was in her office so she called them just to let me know what they were telling me wasn't true, Illegal and a Violation. I gave all my information when the Representative came on I gave the phone to her. The first thing she said to him was they can't reduce his benefit it a federal funded program. She went point by point and I could tell by her reaction he didn't disagree with her. And my case worker this young lady was really something I met with her on 1-15-08 She was very disrespectful in fact told me to move back to California. I complainted that Stalker had called the manager here at the Sunrise back and ask her not to help me. I didn't see it or hear it but I know it happen. In my letter to the commissioner let him know I didn't ask her to help me. And I didn't think State Representative should call where I live. The action by this District Office has cause me great hardship. SSA. Rules and Appeal were not athere to Reduction before decision

5

## COUNT III

The following civil rights has been violated: _Race Discrimination_
_Case Manager and office Supervisor_

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

On 3-5-08 a notice came from the District office 1250 S. Buffalo. This notice was about a overpay for 1-1-08. They ask me to pay back $317.00 Dollars for that month and they plan to hold back from my SSI check $63.70 each month starting with May 2008 Until i have paid them back. Nonesence. This action by this office will make it very hard for me to pay my Rent And Energy Bill. i's hard to beleve that State Social Worker Would treat Another Human like this. None of this is legal most of what they say is not true. how they are willing to say anything to me acting as if i don't know any thing iam 64-65 in a few months iam not wanted by the law in any state. i Qua lify for SSI benefits Social Benefit are Guarantee to be without this kind of Discrimination. All State Staff and Representative That make decision base on personal feeling is a Violation And a crimes And should be Subject to Prosecution by the Federal Government. i have a SSA 1099

------

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ____ Yes ✓ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

6

_Race Discrimination Violation of Civil Right_
_Request full Benefit SSI $886.00_

- - - - - - - - - - - - - - - - - - - -

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

This Case from The Start was about Race The Case Manager in California violated my Right he Started This Scam he put all of This None Sence in The System Lots of State Worker and Agencies have Took part in This Scam mainly for Old Blacks who are not Well Educated. SSA office here in The State of Nevada are also Taking part in This Scam for This Reason full Benefits

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____          _Jimmy Lee Wicks_____
(Name of Person who prepared or helped          (Signature of Plaintiff)
prepare this complaint if not Plaintiff)

                                                3-7-08
                                                _____
                                                (Date)

- - - - - - - - - - - - - - - - - - - - - - - - - - -

(Additional space if needed; identify what is being continued)

_____
_____

9