```
 1 │ GREGORY A. BROWER
   │ United States Attorney
 2 │ District of Nevada
   │ Nevada State Bar No. 5232
 3 │ CARLOS A. GONZALEZ
   │ Assistant United States Attorney
 4 │ 333 Las Vegas Blvd. So., #5000
   │ Las Vegas, Nevada   89101
 5 │ Ph: (702) 388-6336
   │ Fax: (702) 388-6787
 6 │ E-mail: Carlos.Gonzalez2@usdoj.gov
   │ Attorneys for the United States.
 7 │
 8 │                UNITED STATES DISTRICT COURT
 9 │                     DISTRICT OF NEVADA
10 │ JOHNNY LEE WICKS,            )
   │                              )
11 │             Plaintiff,       )
   │                              )
12 │ v.                           )  Case No. 2:08-cv-288-PMP-GWF
   │                              )
13 │ SOCIAL SECURITY ADMINISTRATION)
   │                              )
14 │             Defendant.       )
   │                              )
15 │
```

**FEDERAL DEFENDANTS' MOTION TO VACATE
AND RESCHEDULE JULY 28, 2009 HEARING**

COMES NOW the Defendant, by and through Gregory A. Brower, United States Attorney, and Carlos A. Gonzalez, Assistant United States Attorney, and respectfully files the instant motion to vacate and reschedule the hearing scheduled for July 28, 2009 in the above mentioned civil action.

The instant motion is based on undersigned counsel's absence from the District on Tuesday, July 28, 2009.

Defendants' counsel was previously selected to attend the Office of Immigration Litigation's Thirteenth Annual Immigration Litigation Conference in Columbia, South Carolina.

1  The week long Conference will commence on Monday, July 20,
2  2009 and afterwards, undersigned counsel must travel to New York
3  concerning family matters. Presently undersigned counsel is
4  scheduled to return to duty in the District on Wednesday, July
5  29, 2009.
6  It is therefore respectfully requested that the scheduled
7  hearing be vacated and rescheduled for a date not earlier than
8  Monday, August 3, 2009 at the convenience of the Court.

10  DATED this 14th day of July 2009.
11      Respectfully submitted,
12      GREGORY A. BROWER
        United States Attorney
13
        /s/ Carlos A. Gonzalez
14      Carlos A. Gonzalez
        Assistant United States Attorney

**PROOF OF SERVICE**

I, CARLOS A. GONZALEZ, AUSA, certify that I caused the following individuals to be served on this date by the below identified method of service:

<u>Federal Express</u>

Johnny Lee Wicks
571 30${}^{th}$ Street #50
Las Vegas, NV   89101

DATED this 14th day of July 2009.

                                          /s/ Carlos A. Gonzalez
                                          CARLOS A. GONZALEZ
                                          Assistant United States Attorney