UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| JOHNNY LEE WICKS, Plaintiff, vs. SOCIAL SECURITY ADMINISTRATION, Defendant. | 2:08-CV-00288-PMP-GWF **ORDER** |

On August 17, 2009, the Honorable George Foley, Jr., United States Magistrate Judge, entered his Findings and Recommendation (Doc. #43) proving that Defendant's Motion to Dismiss (Doc. #35) should be granted and Plaintiff's Complaint be dismissed with prejudice. Judge Foley further recommended that Plaintiff's Motion for Default Judgment (Doc. #33) and Motion for Final Judgment (Doc. #34) should be denied.

Although Plaintiff Wicks has failed to file objections to the Findings and Recommendation of the magistrate judge, he did on August 19, 2009, file a Motion Requesting Final Judgment (Doc. #44). Also, on August 26, 2009, Plaintiff filed a Response (Doc. #45) to Defendant's Motion to Dismiss (Doc. #35).

The Court has conducted a de novo review of the proceedings before Magistrate Judge Foley, and finds that his Findings and Recommendation (Doc. #43) should be affirmed. **IT IS SO ORDERED.**

**IT IS FURTHER ORDERED that** Defendant's Motion to Dismiss (Doc. #35) is GRANTED, and Plaintiff's Complaint is DISMISSED with prejudice.

**IT IS FURTHER ORDERED that** Plaintiff's Motion for Default Judgment (Doc. #33), Motion for Final Judgment (Doc. #34) and Motion for Judgment (Doc. #44) are DENIED.

**IT IS FURTHER ORDERED that** the Clerk of Court shall forthwith enter judgment in favor of Defendant Social Security Administration and against Plaintiff Johnny Lee Wicks.

DATED: September 9, 2009.

PHILIP M. PRO
United States District Judge